IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Kareem Roderique,<br><br>Defendant. | Case No. 00080-01T |

**Motion for Reduction of Sentence, Pursuant to Title 18 U.S.C. § 3582(c)(2)**

Background

Section 3582(c)(2) of Title 18, United States Code, provides "In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the sentencing commission pursuant to 28 U.S.C. § 994(0), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the Court may reduce the term of imprisonment after considering the factors set forth in 3553(a) to the extent that they are applicable, if such a reduction is consistent with the applicable policy statement issued by the sentencing commission.

## Argument

On May 1, 2007, pursuant to 28 U.S.C. § 944(a) and (p), the United States Sentencing Commission submitted to Congress amendments to the federal sentencing guidelines that, absent congressional action to the contrary, became effective November 1, 2007. Amendment 9, which pertains to offenses involving cocaine base (crack) has the effect of lowering the guideline sentencing range for certain categories of offenses and offenders (See 72 Fr 28557 - May 21, 2007).

The crack cocaine amendment adjusts downward two (2) levels the base offense level assigned to each threshold quantity of crack cocaine listed in the drug quantity table in 2D1.1 (Unlawful Manufacturing, Importing, Exporting, or Trafficking, Including Possession with Intent to Committ These Offenses; Attempted or Conspiracy). The amendment assigns, for crack cocaine offenses, base offense levels corresponding to the guideline ranges that include the statutory mandatory minimum penalties for cocaine base. Accordingly, pursuant to the amendment, five grams of cocaine base are assigned a base offense level 24, and fifty (50) grams of cocaine base are assigned a base offense level of 30.

Eligibility for reduction application of the 2007 crack cocaine amendment if met by the following criteria:

(a) Crack cocaine was involved in the offense;

(b) The base offense level was greater than 12;

(c) The base offense level was not a 43;

(d) The quantity of crack cocaine involved in the offense was less than 4,500 grams;

(e) The defendant's final offense level was not derived from the Career Offender or the Armed Career Offender Guideline;

(f) The defendant's original sentence was greater than the statutory mandatory

minimum, and the defendant did not receive any relief pursuant to statutory Safety Valve of Title 18 U.S.C. § 3553(f), nor any departure under 5K1.1 for Substantial Assistance.

"Instant Offense"

Prior to the amendment, the defendant's criminal history placed him in a Criminal History Category IV. Being convicted of 74.9 grams of cocaine base (crack) assigned the defendant a base offense level of 32. 3 levels were subtracted for the defendant's Acceptance of Responsibility; The defendant's final base offense level was 29, with a Criminal History Category of IV, and resulted in a guideline sentencing range of 121 to 151 months. The actual sentence imposed was 121 months.

"Amendment Applied to Instant Offense"

The defendant's Criminal History Category was not effected by the amendment, and will remain at a Criminal History Category IV. The amendment "now" assigns a base offense level 30 for a conviction of 21 U.S.C. § 841(a)(1) and (b)(1), 74.9 grams of cocaine base (crack), and 2 levels are subtracted for Acceptance of Responsibility and an additional 1 level for doing so in a timely manner. The result is a base offense level of 27.

The defendant's Criminal History Category assigns a Criminal History Category of IV, and the Defendant's final base offense level is 27. This assigns a guideline sentencing range of 100 to 125 months.

Title 18 U.S.C. § 3553(a) provides:

Factors to be considered in imposing a sentence. The Court shall impose a sentence sufficient, but not greater than necessary, to comply with the purpose set forth in

paragraph (2) of this subsection. The Court, in determining the particular sentence to be imposed, shall consider -

(2) the need for the sentence imposed -

(a) To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(b) To afford adequate deterrence to criminal conduct;

(c) To protect the public from further crimes of the defendant; and

(d) To provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

In adhering to the factors in Title 18 U.S.C. § 3553(a):

(2) the need for the sentence imposed -

The defendant asserts that 100 months imprisonment definitely would reflect the seriousness of the offense and also promotes respect for the law; If the 100 month sentence were to be imposed it would be severe (just punishment) when considering the amount (grams) of crack cocaine involved in the offense; this 100 month sentence not only affords adequate deterrence to criminal conduct and protects the public from further crimes, but also affords recognition of respect and dignity for others. The dignity, pride, respect and love that I now have for myself has allowed be to recognize and understand that many of the tragedies and mishaps that have occurred throughout my life stem from the lack of respect, dignity and love that I had for myself. And it was this lack of self respect (esteem) and love that allowed me to commit the sort of criminal acts (in total disregard for penalty) which ultimately lead to my current status in life. The recognition and understanding that society, race or environment was not the chief of the decisions I made in life, but rather my

not caring enough for myself, evokes a strong sense of regret. Unfortunately, life does not come with a warranty or instruction manual. We learn from our experiences, good or bad. Last but not least, the 100 month sentence, if imposed, would afford the defendant the opportunity to further educational and voctational training I (the defendant) have currently obtained. A copy of all the defendant's certificates are enclosed,

## Relief Requested

WHEREFORE the defendant respectfully requests for this Honorable Court to reduce defendant's sentence according to the cocaine amendment, pursuant to Title 18 U.S.C. § 3553(a)(2). The defendant also requests for this Honorable Court to impose a sentence at or near the low end of the applicable guideline range.

Respectfully Submitted,

Kareem Roderique 2-24-08

Kareem Roderique
Register No. 05084-070
Federal Correctional Instit.
PO Box 1000
Cumberland, Maryland 21501

Date

CERTIFICATE OF SERVICE

On 2-24-08, I, Kareem Roderique, did mail a true and correct copy of the enclosed Motion for Reduction of Sentence, Pursuant to 18 U.S.C. § 3582(c)(2), by placing same in the U.S. mail, with First Class Postage attached thereto; addressed to:

- United States District Attorney
  Henry Kopel, Esquire
  50 Kennedy Plaza - 8th floor
  Providence, Rhode Island 02903

Kareem Roderique
Kareem Roderique

RECEIVED
FEB 28 2008
Property of U.S. District Court
District of Rhode Island

CUMCS * INMATE EDUCATION DATA * 01-06-2008
PAGE 001 OF 001 * TRANSCRIPT 11:05:35

REGISTER NO: 05084-070 NAME..: RODERIQUE FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: CUM-CUMBERLAND FCI

------------------------- EDUCATION INFORMATION -------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CUM | ESL HAS | ENGLISH PROFICIENT | 10-18-2002 1023 | CURRENT |
| CUM | GED EARNED | GED EARNED IN BOP | 05-19-2003 1507 | CURRENT |

------------------------- EDUCATION COURSES -------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| CUM | EXTREME CALISTHENICS-INTER. | 01-09-2007 | 02-27-2007 | P | C | P | 10 |
| CUM | VT CARPENTRY | 11-13-2006 | 02-16-2007 | P | W | I | 143 |
| CUM | CARP 730(EXPL) | 07-31-2006 | 11-13-2006 | P | C | E | 157 |
| CUM | EXTREME CALISTHENICS-BEG. | 05-17-2006 | 07-01-2006 | P | C | P | 8 |
| CUM | CALISTHENICS AM-BEGINNER | 05-17-2006 | 07-01-2006 | P | C | P | 15 |
| CUM | ABS 1 | 01-09-2006 | 02-27-2006 | P | C | P | 15 |
| CUM | GED/M 1230 | 01-17-2003 | 05-19-2003 | P | C | P | 112 |

------------------------- HIGH TEST SCORES -------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | LANGUAGE | 9.0 | 01-10-2003 | CUM | E | |
| | NUMBER OPR | 7.9 | 01-10-2003 | CUM | E | |
| | PROB SOLV | 7.7 | 01-10-2003 | CUM | E | |
| | READ COMP | 12.9 | 01-10-2003 | CUM | E | |
| | SPELLING | 8.5 | 01-10-2003 | CUM | E | |
| | VOCABULARY | 7.5 | 01-10-2003 | CUM | E | |
| GED | AVERAGE | 494.0 | 04-29-2003 | CUM | PASS | MD |
| | LIT/ARTS | 540.0 | 04-29-2003 | CUM | IE | MD |
| | MATH | 490.0 | 04-29-2003 | CUM | IE | MD |
| | SCIENCE | 460.0 | 04-29-2003 | CUM | IE | MD |
| | SOC STUDY | 500.0 | 04-29-2003 | CUM | IE | MD |
| | WRITING | 480.0 | 04-29-2003 | CUM | IE | MD |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

# Certificate of Achievement

**Congratulations To**

*Kareem Roderique*

*F. C. I.*



*Cumberland*

*Summer League Basketball*

**Play Off Champions**

*September 5th, 2007*

J. Washington

*J. Washington / Recreation Specialist*

# CERTIFICATE

# OF

# ACHIEVEMENT

This is to certify that

KAREEM RODERIQUE

( 05084-070 )

has successfully completed the
Drug Abuse Education Course

at the

Federal Correctional Institution
Cumberland, Maryland

on

May 3, 2007

S Hall

Samuel Hall, M.A.
Drug Treatment Specialist

B05-107U

# ALLEGANY

## College of Maryland

### CENTER for CONTINUING EDUCATION

certifies that

*Kareem Roderique*

has completed a course of study in

*VTE220 FUNDAMENTALS OF CARPENTRY I*

*99 Hours*

*Dale E. Crabtree*
COURSE INSTRUCTOR

11/13/2006
DATE

DEAN OF CONTINUING EDUCATION

# Certificate of Completion

**Awarded to**

*KAREEM RODERIQUE*

**for successfully completing the following Wellness course at F.C.I. Cumberland, MD.,**

CALISTHENICS - AM

**on this, the <u>27th</u> day of <u>June</u>, 2006**

**Recreation Specialist**

# *Certificate of Completion*

*Awarded to*

## Kareem Roderique

*for completing the following Wellness course at F.C.I. Cumberland, MD.,*

## Abs1

*on this, the 27th day of February, 2006*

*Recreation Specialist*