# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                Cr. No. 01-080T

KAREEM RODERIQUE

## ORDER GRANTING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Kareem Roderique has filed a motion for a reduction of his 121 month sentence pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §§1B1.10 and 2D1.1. A review of the record indicates that, while Roderique would be eligible for a reduction in his guideline sentence pursuant to 18 U.S.C. §3582(c), he is subject to the statutory minimum sentence of 120 months imposed by 21 U.S.C. §§841(a)(1)(A) and (b)(1)(A). Because the government agrees that a sentence of 120 months would be appropriate, the motion for reduction of sentence is granted and the defendant's sentence is reduced to 120 months. Except as herein provided, all provisions of the judgment dated July 3, 2002 shall remain in effect.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Sr. U.S. District Judge
Date: Jan.15 , 2009